FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2022-4121
_____

SHAQUILLE R. POLLOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Dixie County.
Jennifer Jones Johnson, Judge.

February 14, 2024


PER CURIAM.

Appellant challenges his judgment and sentence for felony battery and assault, arguing that prosecutorial comments during closing argument were improper. No objection was made to any of these comments at trial, but our review does not indicate that the comments were improper or rose to the level of requiring reversal.

Appellant also challenges the imposition of a $100 cost of prosecution under section 938.27(8) of the Florida Statutes. On the facts presented, this cost was imposed properly. *See Parks v. State*, 371 So. 3d 392, 393–94 (Fla. 1st DCA 2023).

AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.